ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Ken Coleman
Mark Nixdorf

*Attorneys for FTI Consulting Canada Inc., as
Monitor and Foreign Representative of
The Cash Store Financial Services Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :   Chapter 15
                                                               :
THE CASH STORE FINANCIAL SERVICES INC.,                        :
                                                               :   Case No.  ___-_____ (___)
Debtor in a Foreign Proceeding.                                :
                                                               :
---------------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO
FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(4) AND 7007.1**

FTI Consulting Canada Inc. is the court-appointed monitor (the "**Monitor**") and authorized foreign representative of The Cash Store Financial Services Inc. ("**CSF**")[1] in a proceeding under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List). The Monitor has commenced this chapter 15 case ancillary to the Canadian Proceeding by filing a *Verified Petition for Recognition of Foreign Proceeding and Related Relief* with the accompanying documentation required pursuant to sections 1504 and 1515 of title 11 of the United States Code.

---

[1] CSF has formally changed its name and is currently registered as 1511419 Ontario Inc.

The Monitor hereby files this Corporate Ownership Statement pursuant to rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure and states that to the best of the Monitor's knowledge, information, and belief, and solely in reliance on information provided to the Monitor by or on behalf of CSF, the following entities own 10% or more of any class of the equity interests of CSF:

| Person/Entity | Equity Ownership Percentage[2] |
|---|---|
| Coliseum Capital Management, LLC | 19.27% |
| Gordon Reykdal | 20.70% |

Dated: New York, New York  
October 16, 2015

**ALLEN & OVERY LLP**

By: */s/ Ken Coleman*  
Ken Coleman  
Mark Nixdorf  
1221 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 610-6300  
Facsimile: (212) 610-6399  
ken.coleman@allenovery.com  
mark.nixdorf@allenovery.com

*Attorneys for FTI Consulting Canada Inc., as Monitor and Foreign Representative of The Cash Store Financial Services Inc.*

---

[2] Ownership percentages provided as of December 11, 2013 based on the best available information to the Monitor. The Monitor will provide updated figures as this information becomes available.

2