ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Ken Coleman
Mark Nixdorf

*Attorneys for FTI Consulting Canada Inc., as*
*Monitor and Foreign Representative of*
*The Cash Store Financial Services Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                                            :    Chapter 15
                                                                  :
THE CASH STORE FINANCIAL SERVICES INC.,                           :
                                                                  :    Case No.  ___-_____ (___)
Debtor in a Foreign Proceeding.                                   :
                                                                  :
------------------------------------------------------------------x

**STATEMENT OF JEFFREY ROSENBERG UNDER SECTION 1515(c)**
**OF THE BANKRUPTCY CODE**

I, Jeffrey Rosenberg, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18 and, if called upon, could testify as to the facts set forth in this statement, except for those portions specified as being otherwise.

2. I am a Managing Director and duly authorized agent of FTI Consulting Canada Inc., the court-appointed monitor and authorized foreign representative of The Cash Store Financial Services Inc. ("**CSF**")[1] in a proceeding (the "**Canadian Proceeding**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, pending before the Ontario Superior Court of Justice (Commercial List).

---

[1]     CSF has formally changed its name and is currently registered as 1511419 Ontario Inc.

3.   This statement is respectfully submitted as required under section 1515(c) of title 11 of the United States Code (as amended, the "**Bankruptcy Code**") in support of the *Verified Petition for Recognition of Foreign Proceeding and Related Relief* seeking, among other things, recognition by this Court of the Canadian Proceeding as a "foreign main proceeding" under section 1517 of the Bankruptcy Code.

4.   To the best of my knowledge, the Canadian Proceeding is the only insolvency proceeding of any kind pending for CSF and, thus, is the only known "foreign proceeding" with respect to CSF, as that term is defined in section 101(23) of the Bankruptcy Code.

5.   I declare under penalty of perjury under the laws of the United States of America that, based upon my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Executed this 16TH day of October, 2015, in Toronto, Ontario, Canada.

Jeffrey Rosenberg
Managing Director
FTI Consulting Canada Inc.